

# Fifteenth Court of Appeals

By order of the Fifteenth Court of Appeals, dated March 27, 2025, the following case is transferred to the Fifth Court of Appeals at Dallas, and the undersigned Clerk of this Court certifies that all necessary orders and papers in said cases are herewith transferred to the Clerk of the Fifth Court of Appeals.

| | |
|---|---|
| **15-24-00133-CV** | **Insight Investments, LLC v. Stonebriar Commercial Finance LLC** |

I, Christopher A. Prine, Clerk of the Fifteenth Court of Appeals at Austin, hereby certify that this is a true and correct list of cases transferred to the Fifth Court of Appeals at Dallas, as previously ordered by this court as the same appears of record in this Court's minutes.

Given under my hand and seal of this Court at Austin, this March 27, 2025.

Christopher A. Prine, Clerk
Fifteenth Court of Appeals at Austin

